■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES STAMPS, Appellant. [854 NYS2d 652]—Appeal by the defendant from an order of the County Court, Rockland County (Nelson, J.), dated September 27, 2005, which, after a hearing, denied his motion for resentencing pursuant to the Drug Law Reform Act of 2004 (L 2004, ch 738) on his conviction of criminal possession of a controlled substance in the first degree, which sentence was originally imposed, upon a jury verdict, on October 20, 1995.

Ordered that the order is affirmed.

The County Court, which considered, inter alia, the significant amount of drugs the defendant possessed, his extensive

and violent criminal history, and poor prison disciplinary record, providently exercised its discretion in determining that "substantial justice dictate[d] that the application should be denied" (L 2004, ch 738, § 23; *see People v Alvarado*, 48 AD3d 329 [2008]; *People v Aguirre*, 47 AD3d 489 [2008]; *People v Ayala*, 43 AD3d 800 [2007]; *People v Vega*, 40 AD3d 1020, 1020-1021 [2007]; *People v Sanders*, 36 AD3d 944, 946-947 [2007]; *People v Gonzalez*, 29 AD3d 400 [2006]). Spolzino, J.P., Miller, Covello and Balkin, JJ., concur.